**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

THE WATERPUR COMPANY,

    Plaintiff,

vs.                               CASE NO. 5:09-cv-364/RS-AK

WATER FILTERS DIRECT, LLC d/b/a
WATERFILTERS.NET, LLC; and
JAMIN ARVIG, individually,

    Defendants.
_____/

## **ORDER**

Defendants' Request for Oral Argument (Doc. 57) is **denied.**

**ORDERED** on April 28, 2010.

                                /S/ Richard Smoak
                              **RICHARD SMOAK
                              UNITED STATES DISTRICT JUDGE**