# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

THE WATERPUR COMPANY,

    Plaintiff,

vs.                                             CASE NO. 5:09-cv-364/RS-AK

WATER FILTERS DIRECT, LLC d/b/a
WATERFILTERS.NET, LLC; and
JAMIN ARVIG, individually,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Motion for a Case Management Conference, for an Extension of the Deadline for Providing Its Expert Reports, and for Retroactive Leave to Serve Its Second and Third Document Requests (Doc. 55). Plaintiff has failed to show good cause why the court should grant its motion. Plaintiff has demonstrated a complete lack of effort to enlist the court's help during the discovery process and only now brings to the court's attention alleged wrongdoing on the part of Defendants. Plaintiff has had ample opportunity to disclose its expert witnesses, even if the expert reports later needed to be amended. Likewise, Plaintiff could have made its requests for documents before the expiration of the

court's deadlines and should have sought the court's help if Defendants truly were "inappropriately obstruct[ing]" Plaintiff's efforts to obtain pertinent documents.

Plaintiff's Motion for a Case Management Conference, for an Extension of the Deadline for Providing Its Expert Reports, and for Retroactive Leave to Serve Its Second and Third Document Requests (Doc. 55) is **DENIED.**

**ORDERED** on May 11, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**