IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THE WATERPUR COMPANY,

    Plaintiff,

vs.                                        CASE NO. 5:09-cv-364/RS-AK

WATER FILTERS DIRECT, LLC d/b/a
WATERFILTERS.NET, LLC; and
JAMIN ARVIG, individually,

    Defendants.
_____/

## ORDER

Before me is Defendants' Motion to Strike and for Leave to File a Reply Memorandum (Doc. 86). Defendants shall file any reply memorandum in support of Defendants' Motion for Summary Judgment (Doc. 62) not later than **June 7, 2010**. Plaintiff shall file any response to Defendant's Motion to Strike (Doc. 86) not later than **June 14, 2010**.

    **ORDERED** on May 27, 2010.

                                               /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**