IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WATERPUR COMPANY,

    Plaintiff,

v.                                        CASE NO. 5:09cv364/RS-AK

JAMIN ARVIG, WATER FILTERS
DIRECT LLC,

    Defendants.
_____/

## O R D E R

The relief requested by Plaintiff's Motion For Leave To Conduct Trial Deposition Of Roy Chappell (Doc. 105) is **granted**.

**ORDERED** on July 9, 2010.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**