IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WATERPUR COMPANY,

    Plaintiff,

v.                                      CASE NO. 5:09cv364/RS-AK

JAMIN ARVIG, WATER FILTERS
DIRECT LLC,

    Defendants.

_____/

## O R D E R

Plaintiff's Motion For Sanctions (Doc. 102) is **denied**.

**ORDERED** on July 19, 2010.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**