IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WATERPUR COMPANY,**

    **Plaintiff,**

vs.                      CASE NO. 5:09cv364/RS-AK

**JAMIN ARVIG, WATER FILTERS DIRECT LLC,**

    **Defendants.**
_____/

## ORDER

Plaintiff's motions in limine (Doc. 114) are denied.

**ORDERED** on July 20, 2010.

                              **/s/ Richard Smoak**
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**