IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WATERPUR COMPANY,**

    Plaintiff,

vs.                              CASE NO. 5:09cv364/RS-AK

**JAMIN ARVIG, WATER FILTERS DIRECT LLC,**

    Defendants.
_____/

## ORDER

Defendants' motions in limine (Doc. 106, Doc. 107, Doc. 108, and Doc. 109) are denied. Defendants' fifth motion in limine (Doc. 113) is denied as moot.

**ORDERED** on July 20, 2010.

                                          **/s/ Richard Smoak**
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**