IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WATERPUR COMPANY,**

    **Plaintiff,**

vs.                                      CASE NO. 5:09cv364/RS-AK

**JAMIN ARVIG, WATER FILTERS
DIRECT LLC,**

    **Defendants.**
_____/

## **ORDER**

Before me is the parties' joint Stipulation of Dismissal (Doc. 140).

**IT IS ORDERED:**

1. Plaintiff's Complaint is dismissed with prejudice.

2. The Clerk is directed to close the file.


**ORDERED** on August 10, 2010.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK
                                           UNITED STATES DISTRICT JUDGE**