IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THE WATERPUR COMPANY,

    Plaintiff,

vs.                                 CASE NO. 5:09-cv-364/RS-WCS

WATER FILTERS, DIRECT LLC,
d/b/a WATERFILTERS.NET, LLC;
and JAMIN ARVIG, individually,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Motion For Reconsideration (Doc. 149) and Defendant's Response (Doc. 150). In dismissing this case (Doc. 141), the Court did not retain jurisdiction or incorporate the terms of the settlement agreement. A separate action, therefore, must be brought to enforce the agreement. *See ABN AMRO Bank NV v. 3 Sigma, Inc.*, 2005 U.S. Dist. LEXIS 41220, 4-5 (N.D. Fla. 2005) (requiring new suit for breach of settlement agreement for parties who resolved previous diversity case).

The Motion (Doc. 149) is **DENIED**.

**ORDERED** on November 30, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**